## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Fia Card Services, N.A.,                         Civil No. 11-2106 (RHK/FLN)

          Plaintiff,                   **DISQUALIFICATION AND**
                                              **ORDER FOR REASSIGNMENT**

vs.

Steven E. Jenniges,

          Defendant.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: July 29, 2011

                                                         s/Richard H. Kyle
                                                         RICHARD H. KYLE
                                                         United States District Judge